IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-19-FL

| | |
|---|---|
| CARRIE D. RANDA,<br>        Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR,<br>Attorney General, U.S. Department of Justice,<br>        Defendant. | **ORDER GRANTING<br>PLAINTIFF'S MOTION FOR STAY** |

## ORDER

This matter is before the Court on Plaintiff's motion to stay the briefing (DE 85) on Defendant's motion for summary judgment (DE 74). Pursuant to Local Civil Rule 6.1(a) and the Court's inherent power to manage its docket, the Motion is **GRANTED**.

This matter is STAYED until resolution of Plaintiff's motion to compel discovery (DE 72). Plaintiff is DIRECTED to file her response to Defendant's motion for summary judgment no later than fourteen (14) days after either (1) U.S. Magistrate Judge James E. Gates enters an order denying Plaintiff's motion to compel discovery, or (2) Defendant William P. Barr complies with an order by Magistrate Judge Gates granting Plaintiff's motion to compel.

It is SO ORDERED.

This the 30th day of October, 2019.

                                                                         LOUISE W. FLANAGAN
                                                                         UNITED STATES DISTRICT COURT