IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-19-FL

| | |
|---|---|
| CARRIE D. RANDA,<br>    Plaintiff,<br><br>   v.<br><br>WILLIAM P. BARR,<br>Attorney General, U.S. Department of Justice,<br>    Defendant. | **PRELIMINARY<br>ORDER ON MOTION TO SEAL** |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Seal her Response in Opposition to Defendant's Motion for Summary Judgment. Plaintiff requests leave to confer with Defendant and submit proposed redacted versions of her opposition materials, for the Court's consideration in the ultimate disposition of Plaintiff's Motion to Seal. For good cause shown, Plaintiff is directed to confer with Defendant and submit agreed upon proposed redacted documents for the Court's inspection no later than May 6, 2020.

In the interim, Plaintiff's proposed sealed documents (DE 114, 115, and 116) will remain sealed until further order of the court.

SO ORDERED.

*[signature]*

LOUISE W. FLANAGAN
United States District Court Judge