UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE D. RANDA,<br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR,<br>*Attorney General of the United States*<br>*Department of Justice*<br>　　　　Defendants. | **JUDGMENT**<br>No. 5:18-CV-19-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 12, 2020, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on August 12, 2020, and Copies To:**
Joseph E. Zeszotarski, Jr. / John P. O'Hale (via CM/ECF Notice of Electronic Filing)
Daniel P. Shean / Garry D. Hartlieb (via CM/ECF Notice of Electronic Filing)

August 12, 2020　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk