IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-19-FL

| | | |
|---|---|---|
| CARRIE D. RANDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM P. BARR, in his official capacity as Attorney General, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on plaintiff's motion to stay (DE 146) consideration of defendant's motion for bill of costs (DE 143). In light of plaintiff's stated intent to file a notice of appeal, and for good cause shown, plaintiff's motion is hereby GRANTED, and it is ORDERED that consideration of defendant's motion for bill of costs is STAYED until issuance of the mandate by the Fourth Circuit Court of Appeals on the appeal to be taken by plaintiff.

SO ORDERED, this the __24th__ day of September, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge